UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re:

AEGEAN MARINE PETROLEUM
NETWORK, INC., *et al.*[1]

                    Reorganized Debtors.
------------------------------------------------------------------------x

Chapter 11

Case No: 18-13374 (MEW)

## FINAL DECREE AND ORDER CLOSING
## CHAPTER 11 CASE PURSUANT TO 11 U.S.C. §§ 350(a)
## AND 1106(a)(7), BANKRUPTCY RULE 3022, AND LOCAL RULE 3022-1

Upon the application (the "Application")[2] of Aegean Marine Petroleum S.A., a Reorganized Debtor in these chapter 11 cases (the "Reorganized Debtor"), pursuant to 11 U.S.C. §§ 350(a) and 1106(a)(7), Rule 3022 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 3022-1, seeking entry of a final decree and order closing the Reorganized Debtor's chapter 11 case, Case No. 18-13400; and upon the representations made by the Reorganized Debtor in the Application regarding the distributions and disbursements made and to be made under the Joint Plan of Reorganization of Aegean Petroleum Network Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (the "Plan"), confirmed by Order of this Court on March 29, 2019; and it appearing that the Plan is substantially consummated; and it appearing that the Reorganized Debtor's chapter 11 case is fully administered; and no objections having been filed to the Application; and for good and sufficient cause; it is hereby

      **ORDERED**, that the Application is granted; and it is further

---

[1] Due to the large number of Reorganized Debtors in these chapter 11 cases, a complete list of the Reorganized Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/Aegean. The location of Reorganized Debtor Aegean Bunkering (USA) LLC's principal place of business and the Reorganized Debtors' service address in these chapter 11 cases is 52 Vanderbilt Avenue, Suite 1405, New York, New York 10017.

[2] Capitalized terms not otherwise identified in this Order having the meanings ascribed to them in the Application.

**ORDERED**, that the Reorganized Debtor shall reserve sufficient funds to pay the Office of the United States Trustee the amount of any quarterly fees due pursuant to 28 U.S.C. § 1930 and any applicable interest due pursuant to 31 U.S.C. § 3717, which fees and interest, if any, shall be paid within ten (10) days of the entry of this Final Decree.  Upon the payment of such quarterly fees, the Reorganized Debtor shall simultaneously provide to the United States Trustee a declaration indicating cash disbursement for the quarter in which this Final Decree is entered, and for any other relevant quarter or quarters; and it is further

**ORDERED**, that the Reorganized Debtor's chapter 11 case, Case No. 18-13400, is hereby closed.

Dated: New York, New York
       June 27, 2023

                                                  <u>s/Michael E. Wiles</u>
                                                  HONORABLE MICHAEL E. WILES
                                                  UNITED STATES BANKRUPTCY JUDGE